UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIZMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-518 W (KSC)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |

The parties have filed a Stipulation of Dismissal of Entire Action With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. 16]. The Stipulation **DISMISSES** this matter **WITH PREJUDICE**. Accordingly, the Clerk shall close the District Court case file.

**IT IS SO ORDERED**.

Dated: September 11, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge